UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEAD CREATION INC.,

    Plaintiff,

v.                                               Case No: 8:23-cv-49-CEH-CPT

THE PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Plaintiff's Motion to Extend Temporary Restraining Order (Doc. 21), filed on February 24, 2023. In the motion, Plaintiff requests the Court extend for an additional 14 days the Temporary Restraining Order that was entered on February 14, 2023, and which is due to expire on February 28, 2023. A hearing on the motion was conducted by videoconference on February 24, 2023. The Court, having considered the motion and being fully advised in the premises, will grant Plaintiff's Motion to Extend Temporary Restraining Order.

### DISCUSSION

In this patent infringement action, Plaintiff, Lead Creation Inc., sues twenty Defendants who are individuals and business entities that own or operate e-commerce stores under various seller aliases. Doc. 8. On February 14, 2023, the Court granted Plaintiff's request for entry of a temporary restraining order ("TRO") against the

Defendant Partnerships and Unincorporated Associations identified in Schedule "A" to the Amended Complaint that were alleged to have violated Plaintiff's patent. Doc. 17. Because the addresses of Defendants on their web stores are unreliable or fake, Plaintiff filed a motion for alternative service by publication. Doc. 17. That motion is pending before the Magistrate Judge and is scheduled for hearing on March 2, 2023. In the TRO, the Court directed Plaintiff to conduct expedited discovery, including to third-party providers and financial providers in an effort to identify the Defendants' true addresses and assets. Because the process of obtaining the information from third-party providers is cumbersome and time-consuming, Plaintiff moves for an extension of the TRO to maintain the status quo, arguing that the TRO will be ineffective if no extension is granted. Plaintiff argues there is good cause to extend the TRO deadline to allow Plaintiff additional time to obtain information from the third-party providers and financial providers in order to identify Defendants and their assets and to provide adequate notice.

    Federal Rule of Civil Procedure 65(b)(2) provides:

> Every temporary restraining order issued without notice must state the date and hour it was issued; describe the injury and state why it is irreparable; state why the order was issued without notice; and be promptly filed in the clerk's office and entered in the record. The order expires at the time after entry--not to exceed 14 days--that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension. The reasons for an extension must be entered in the record.

For the reasons set forth in Plaintiff's motion, as argued by counsel at the hearing, and as discussed herein, the Court finds good cause exists to extend the TRO deadline an additional 14 days. Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion to Extend Temporary Restraining Order (Doc. 21) is **GRANTED**.

2. The Temporary Restraining Order entered on February 14, 2023, shall remain in force until the 14th day of March 2023, or at such later date as may be extended by the Court, or agreed upon by the parties.

3. The preliminary injunction hearing is rescheduled to **March 13, 2023, at 1:30 PM** in the Sam Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, 33602, in Courtroom 13A, before Judge Charlene Edwards Honeywell. The preliminary injunction hearing will be conducted via Zoom videoconference.

4. Pursuant to Rule 65(b), Fed. R. Civ. P., Defendants shall appear before this Court, via videoconference, on March 13, 2023, at 1:30 PM, for a hearing to show cause, if there is any, why a preliminary injunction requested by Lead Creation Inc. should not be granted. Defendants shall file and serve any response to the application for a preliminary injunction within seven days of receiving notice of the hearing and no later than **March 13, 2023, at 12:00 noon**.

5. Plaintiff is directed to serve Defendants with Notice of the Hearing on Plaintiff's Motion for Preliminary Injunction no later than **Monday, March 6, 2023, at 5:00 PM Eastern Standard Time.**

**DONE AND ORDERED** in Tampa, Florida on February 24, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any