UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEAD CREATION INC.,

    Plaintiff,

v.     Case No. 8:23-cv-49-CEH-CPT

THE PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*. On April 14, 2023, the Court entered on Order authorizing attorney Michael Alexander Hurckes to withdraw as counsel for Plaintiff Lead Creation Inc. (Lead Creation). (Doc. 60). At the same time, the Court instructed Lead Creation to inform the Court by May 14, 2023, whether it had retained a new attorney and, if so, the name, business address, email address, and telephone number of that attorney. *Id.* The Court also reminded Lead Creation that because it was a corporation, it could not proceed *pro se* and must instead by represented by a lawyer. *Id.* (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)). In

light of that prohibition, the Court cautioned Lead Creation "that a failure to obtain successor counsel [might] result in a default being entered against it." *Id.*

The May 14, 2023, deadline set by the Court has now passed, and Lead Creation has yet to file a notice stating that it has hired a new attorney. Accordingly, **no later than June 20, 2023**, Lead Creation shall SHOW CAUSE in a written response filed with the Court, as to why it has not complied with the Court's April 14, 2023, Order (Doc. 60). Lead Creation is warned that a failure to timely submit such response may result in the striking of its pleading and/or the entry of default against it without further notice. *See Transp. Alliance Bank, Inc. v. Peewee's Hauling, Inc.*, 2020 WL 1853638, at *1–2 (M.D. Fla. Mar. 27, 2020), *report and recommendation adopted*, 2020 WL 1852427 (M.D. Fla. Apr. 13, 2020).

SO ORDERED in Tampa, Florida, this 22nd day of May 2023.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
Plaintiff Lead Creation