# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LEAD CREATION INC.,

      Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      Defendants.

Case No. 8:23-cv-49-CEH-CPT

**Request for Entry of Default**

Judge Charlene Edwards Honeywell

**TO THE CLERK OF THE COURT:**

Pursuant to the Court's May 22, 2023 Order to Show Cause (ECF No. 62), Defendants Ninghai Dingmao Guangdian Keji Youxian Gongsi, Ninghai Jiadi Electrical Appliance Co., Ltd, Shenzhenshi Haimengda Keji Youxian Gong Si, Shenzhen Xidean Dianzi Keji Youxian Gongsi, Xiamen Huang Zao Shu Shangmao Youxian Gongsi, Wuhan Hancaiyi Fushi Youxianzeren Gongsi, Zhuhaishi Debo Hongwaixian Jishu Youxian Gongsi, Lexiu Wang, and Zhong Feng Huang ("Defendants" or "Movants") hereby respectfully request the Court Clerk enter default against Plaintiff Lead Creation Inc for failure to appear through counsel by the Court-set deadline of June 20, 2023,

1

as set forth in further detail in the Certificate of B. Robert Liu, Esq. In Support of Request for Entry of Default.

Dated: New York, NY
July 25, 2023

Respectfully submitted,

/s/ *B. Robert Liu*

Beixiao Robert Liu, Esq.

*Pro Hac Vice*

**Balance Law Firm**

1 World Trade Ctr Ste 8500
New York, NY 10007

(212) 741-8080

(646) 558-4889 fax

robert.liu@balancelawfirm.com


/s/ Thomas H. Stanton
Thomas H. Stanton, Esq.
Florida Bar No.: 127444
**STANTON IP LAW FIRM, PA**
201 E. Kennedy Blvd. Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E: tstanton@stantoniplaw.com
service@stantoniplaw.com

Local Rule 3.01(g) Certification

On July 24, 2023, Movants have attempted to contact and confer with Plaintiff regarding potentially agreeing to resolve all or part of the motion contained here. Plaintiff is unavailable and did not reply to Movants. Movants' counsel attempted to reach out to Plaintiff via email.

_____

Beixiao Robert Liu, Esq., CFA

*Pro Hac Vice*

**Balance Law Firm**

1 World Trade Ctr Ste 8500
New York, NY 10007

(212) 741-8080

(646) 558-4889 fax

robert.liu@balancelawfirm.com