# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LEAD CREATION INC.,

    Plaintiff,

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 8:23-cv-49-CEH-CPT

**Request for Entry of Default**

Judge Charlene Edwards Honeywell

Local Rule 3.01(g)(3) Statement

Since the Motion for Clerk's Default was filed on July 25, 2023, ECF No. 64, Movants have tried diligently to contact and confer with Plaintiff for three days regarding potentially agreeing to resolve all or part of the motion contained here. Plaintiff is still unavailable and did not reply to Movants. Movants' counsel attempted to reach out to Plaintiff via email.

/s/ *B. Robert Liu*

Beixiao Robert Liu, Esq., CFA
*Pro Hac Vice*
**Balance Law Firm**
1 World Trade Ctr Ste 8500
New York, NY 10007

1

(212) 741-8080
(646) 558-4889 fax
robert.liu@balancelawfirm.com