UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEAD CREATION INC.,

    Plaintiff,

v.                                               Case No: 8:23-cv-49-CEH-CPT

THE PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on July 1, 2025 (Doc. 83). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Defendants' Renewed Motion to Recover Against the Temporary Restraining Order Bond (Doc. 80) be granted. The motion was made on behalf of Defendants Ninghai Dingmao Guangdian KeJi YouXian Gongsi, Ninghai Jiadi Electrical Appliance Co., Ltd, Shenzhenshi Haimengda Keji Youxian Gongsi, Shenzhen Xidean Dianzi Keji Youxian Gongsi, Xiamen Huang Zao Shu Shangmao Youxian Gongsi, Wuhan Hancaiyi Fushi Youxianzeren Gongsi, Zhuhaishi Debo Hongwaixian Jishu Youxian Gongsi, Lexiu Wang, and Zhong Feng Huang, and sought to recover on the $10,000 temporary restraining order bond given on behalf of Plaintiff Lead Creation Inc. The motion was supported by the Declaration of Defendants' counsel, Beixiao Robert Liu,

of the Balance Law Firm. Doc. 80-1. The motion is also supported by the Declaration of Zhenan Cui, who is in charge of the day-to-day operations of Defendant Ninghai Jiadi Electrical Appliance Co., and who requests release of the bond to Defendant's attorney to compensate Defendant, at least partially, for its lost profits and other additional costs and expenses incurred during the period of the TRO's existence. Doc. 80-2.

All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 83) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Defendants' Renewed Motion to Recover Against the Temporary Restraining Order Bond (Doc. 80) is **GRANTED**.

(3) The Clerk is directed to release the full amount of the surety bond to Defendants' counsel, Beixiao Robert Liu, Esquire, c/o Balance Law Firm, 1 World Trade Ctr, Ste 8500, New York, NY 10007.

**DONE AND ORDERED** at Tampa, Florida on August 6, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record
Unrepresented parties